ORIGINAL

normanchanind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
APR 13 2005
MARY L.M. MORAN
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00036 |
| Plaintiff, | **INDICTMENT** |
| vs. | **ALIEN SMUGGLING** [8 U.S.C. § 1324(a)(2)(B)(ii), 18 U.S.C. § 2, and 6 U.S.C. §§ 251 and 557] |
| NORMAN HON SUEN CHAN, | |
| Defendant | |

THE GRAND JURY CHARGES:

On or about September 14, 2004, within the District of Guam and elsewhere, the defendant, NORMAN HON SUEN CHAN, knowing or in reckless disregard of the fact than an alien did not receive prior official authorization to come to, enter or reside in the United States, did bring and attempt to bring to the United States an alien for the purpose of commercial advantage and private financial gain, to-wit: Wen Ling Ren to the Guam International Airport, in

//
//
//
//

in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), Title 18, United States Code, Section 2, and Title 6, United States Code, Sections 251 and 557.

Dated this 13th day of April, 2005.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

/s/ Russell C. Stoddard
RUSSELL C. STODDARD
First Assistant U.S. Attorney

- 2 -

Case 1:05-cr-00036   Document 1   Filed 04/13/2005   Page 2 of 2