ORIGINAL

FILED
DISTRICT COURT OF GUAM
APR 14 2005
MARY L.M. MORAN
CLERK OF COURT

normanchanmot

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00036 |
|---|---|
| Plaintiff. | ) |
| vs. | ) **UNITED STATES' REQUEST TO VACATE SUMMONS; ISSUANCE OF WARRANT; AND ORDER** |
| NORMAN CHAN, | ) |
| Defendant. | ) |

Comes now the United States of America and requests this Honorable Court to vacate the summons that was issued on April 13, 2005 and to issue a warrant for the arrest of defendant, NORMAN CHAN. Counsel Lauen Sutton, Saipan, advises that defendant has no means to travel

//
//
//
//
//
//

Guam to surrender, the government requests that a warrant be issued and the defendant be brought forthwith to face charges.

Respectfully submitted this 13th day of April 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney

\* \* \* \* \* ORDER \* \* \* \* \*

IT IS SO ORDERED that summons is vacated and that a warrant be issued for the above-named defendant.

4/14/2005
DATE

*[signature]*
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

RECEIVED
APR 1 3 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM