

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　vs.<br><br>**NORMAN HON SUEN CHAN,**<br><br>　　　　Defendant. | CRIMINAL CASE NO. 05-00036<br><br>O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant in the above-entitled case.

Dated this 4th day of May, 2005.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
　　　　　　　　　　　　　　　　U.S. DISTRICT COURT OF GUAM