# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM

MAY - 4 2005

MARY L. M. MORAN
CLERK OF COURT
(4)

**CASE NO. 05-00036**          **DATE:** 05/04/2005          **TIME:** 3:21 p.m.

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge          Law Clerk: Judith Hatto
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 3:21:53 - 3:34:42          CSO: J. Lizama

* * * * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * *

**DEFT:** <u>NORMAN HON SUEN CHAN</u>          **ATTY:** <u>KIM SAVO</u>

( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.          ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY:** FRED BLACK          **AGENT:**

**U.S. PROBATION:** ROBERT CARREON          **U.S. MARSHAL:** J. SALAS

**INTERPRETER:** <u>FOO MEE CHUN CLINARD</u>          ( ) SWORN          LANGUAGE: _____
( X ) PREVIOUSLY SWORN

**PROCEEDINGS:    INITIAL APPEARANCE RE INDICTMENT / ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT
(X) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: <u>FEDERAL PUBLIC DEFENDER</u>, ATTORNEY APPOINTED
(X) DEFENDANT SWORN AND EXAMINED: AGE: ___      HIGH SCHOOL COMPLETED: <u>Some College</u>
(X) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE      ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
       OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
(X) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) INDICTMENT
(X) PLEA ENTERED: ( ) *GUILTY* ( X ) *NOT GUILTY* - TO: <u>THE CHARGE CONTAINED IN THE INDICTMENT</u>
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
(X) TRIAL SET FOR: <u>JULY 6, 2005 at 9:30 A.M.</u>

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

<u>Government recommended detention. Defense argued for defendant's release. The Court adopted</u>
<u>pretrial's oral recommendation of detention and the government's arguments because of defendant's lack</u>
<u>of ties to the community. Defense requested to continue the hearing until Monday to allow pretrial</u>
<u>services to interview a potential third party surety. The Court continued the matter until Monday, May 9,</u>
<u>2005 at 10:15 a.m. to determine whether the proposed third party is appropriate.</u>