# UNITED STATES DISTRICT COURT

U.S. MARSHALS-GUAM
RECEIVED

District of _____ '    GUAM

13 APR 2005 14 00 01

UNITED STATES OF AMERICA

v.

NORMAN HON SUEN CHAN

**WARRANT FOR ARREST**

Case Number: CR-05-00036

**FILED**

DISTRICT COURT OF GUAM

MAY - 5 2005

To: The United States Marshal
and any Authorized United States Officer

MARY L.M. MORAN
CLERK OF COURT

YOU ARE HEREBY COMMANDED to arrest _____ NORMAN HON SUEN CHAN

⑦

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with   (brief description of offense)

8:1324(a)(2)(B)(ii), 18:2 & 6:251 & 557 - ALIEN SMUGGLING

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | *Marilyn B. Alcon* |
| --- | --- |
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 4/13/2005        Hagatna, Guam |
| Title of Issuing Officer | Date        Location |

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Garapan, Saipan    U.S. Courthouse

| DATE RECEIVED 4/18/05 | NAME AND TITLE OF ARRESTING OFFICER    D/NMI | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 4/19/05 | Donald Williams, DUSM | J.C.    For: Don Williams |