IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
MAY - 9 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. 05-00036        DATE: 05/09/2005        TIME: 10:15 a.m.

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge        Law Clerk: Judith Hattori
Court Recorder: Jamie Phelps        Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:15:44 - 10:32:56        CSO: B. Pereda

************************ **APPEARANCES** ************************

**DEFT: NORMAN HON SUEN CHAN**        **ATTY: KIM SAVO**
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.        (X) PRESENT ( ) RETAINED (X) FPD ( ) CJA APPOINTED

U.S. PROBATION: CHRIS DUENAS        U.S. MARSHAL: GREGORY PEREZ

INTERPRETER: _____        ( ) SWORN        LANGUAGE: _____
                                         ( ) PREVIOUSLY SWORN

**PROCEEDINGS: CONTINUED ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED: AGE: ___ HIGH SCHOOL COMPLETED: _____
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR: _____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE        ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
   OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( ) PLEA ENTERED: ( ) *GUILTY* ( ) *NOT GUILTY* - TO: _____
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING: _____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) PROCESSING ( ) DETENTION
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
(X) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL

**NOTES:**

Defense moved the Court to release her client to a an approved third party custodian in Saipan and that the Marshals be ordered to transport him upon receipt of approval from the Saipan U.S. Probation Office. The Court informed the parties that it is not feasible to transfer defendant to and from for hearings, however, if defendant pays his way and a suitable third party custodian is found, the Court may be inclined to release the defendant. The Government objected to defendant traveling on his own with his passport. The Court DENIED defendant's release. The Court informed the parties that if an amicable agreement is reached they may revisit the issue.