normanhan3rdparty

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

ORIGINAL **FILED** DISTRICT COURT OF GUAM MAY 18 2005 MARY L.M. MORAN CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00036 |
| Plaintiff, | UNITED STATES RESPONSE TO DEFENDANT'S MOTION FOR THIRD PARTY RECOGNIZANCE |
| vs. | |
| NORMAN HON SUEN CHAN, | |
| Defendant. | |

The United States is in receipt of defendant's motion to be released to the custody of Gui Jiang Zheng. The government has no opposition to defendant's motion, provided that the U.S. Probation Office is satisfied that Mr. Zheng meets all the conditions for such release.

Respectfully submitted this 17th day of May, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

-1-