DISTRICT COURT OF GUAM
TERRITORY OF GUAM


**FILED**
DISTRICT COURT OF GUAM
MAY 19 2005
MARY L.M. MORAN
CLERK OF COURT

# CRIMINAL MINUTES - GENERAL

**CASE NO. 05-00036**          **DATE: 05/19/2005**          **TIME: 2:45 p.m.**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding         Law Clerk: JUDITH HATTORI
Court Recorder: Jamie Phelps                                           Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 2:13:40 - 2:58:30          CSO: J. Lizama & D. Quinata

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*APPEARANCES\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DEFT: NORMAN HON SUEN CHAN**                    **ATTY: KIM SAVO**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.   ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY: KARON JOHNSON**                   **AGENT:**

**U.S. PROBATION: CHRIS DUENAS**                   **U.S. MARSHAL: F. TAITAGUE**

**INTERPRETER: MIMI CLINARD**                      **LANGUAGE: CHINESE/MANDARIN**

**PROCEEDINGS:** MOTION TO REOPEN DETENTION HEARING PURSUANT TO 18 USC §3142(F) AND TO RELEASE THE DEFENDANT WITH CONDITIONS

( X ) MOTION(s) ARGUED BY   ( ) GOVERNMENT   ( X ) DEFENDANT(s)
( X ) MOTION(s)  _X_ Granted  ___ Denied  ___ Withdrawn  ___ Under Advisement
( ) ORDER SUBMITTED  ___ Approved  ___ Disapproved
( ) ORDER to prepared By: _____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**
Defense called Guijang Zhen, proposed third party custodian. Witness was sworn and examined.

The Court was satisfied with the testimony of the third party custodian and Granted the defendant's release to the third party custodian with the following conditions:
- Report to the U.S. Probation Office
- Surrender any passport to the Clerk of Court and obtain no other passport
- Maintain a fixed residence in Yigo, Guam
- No alcohol
- Submit to any method of testing as required by the U.S. Probation Office
- No firearms or other dangerous weapons
- Stay away from all ports of entry and exit.

( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL
( ) DEFENDANT RELEASED ( ) as previously ordered ( ) see Release Conditions- next page

Courtroom Deputy: ___