normanchanind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM

JUN 22 2005 /h/bc/

MARY L.M. MORAN
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NORMAN HON SUEN CHAN,<br><br>　　　　　Defendant | CRIMINAL CASE NO. 05-00036<br><br>**SUPERSEDING INDICTMENT**<br><br>ALIEN SMUGGLING<br>[8 U.S.C. § 1324(a)(2)(B)(ii),<br>18 U.S.C. § 2, and<br>6 U.S.C. §§ 251 and 557]<br>(COUNTS 1 and 2) |

THE GRAND JURY CHARGES:

COUNT 1 - ALIEN SMUGGLING

On or about August 2, 2004, within the District of Guam and elsewhere, the defendant, NORMAN HON SUEN CHAN, knowing or in reckless disregard of the fact than an alien did not receive prior official authorization to come to, enter or reside in the United States, did bring and attempt to bring to the United States an alien for the purpose of commercial advantage and private financial gain, to-wit: Li Qui Liu, to the Guam International Airport, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), Title 18, United States Code, Section 2, and Title 6, United States Code, Sections 251 and 557.

## COUNT 2 - ALIEN SMUGGLING

On or about September 14, 2004, within the District of Guam and elsewhere, the defendant, NORMAN HON SUEN CHAN, knowing or in reckless disregard of the fact than an alien did not receive prior official authorization to come to, enter or reside in the United States, did bring and attempt to bring to the United States an alien for the purpose of commercial advantage and private financial gain, to-wit: Wen Ling Ren, to the Guam International Airport, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), Title 18, United States Code, Section 2, and Title 6, United States Code, Sections 251 and 557.

Dated this __22nd__ day of June, 2005.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney