DISTRICT COURT OF GUAM
TERRITORY OF GUAM

CRIMINAL MINUTES - GENERAL

FILED
DISTRICT COURT OF GUAM
JUN 2 4 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. 05-00036     DATE: 06/24/2005     TIME: 10:00 A.M.

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding     Law Clerk: JUDITH HATTORI
Court Reporter: Wanda M. Miles     Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded - RUN TIME: 10:00:26 - 10:08:56     CSO: J. Lizama / N. Edrosa

*********************APPEARANCES*************************

**DEFT: NORMAN HON SUEN CHAN**     **ATTY: KIM SAVO**
( X ) PRESENT ( ) CUSTODY ( X ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON     AGENT:
U.S. PROBATION: CHRIS DUENAS     U.S. MARSHAL: F. TAITAGUE

INTERPRETER: _____     LANGUAGE: _____

**PROCEEDINGS: - INITIAL APPEARANCE RE SUPERSEDING INDICTMENT / ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: ___ HIGH SCHOOL COMPLETED: _____
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) SUPERSEDING INDICTMENT
( X ) PLEA ENTERED: ( ) *GUILTY* ( X ) *NOT GUILTY* - TO: THE CHARGES IN THE SUPERSEDING INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( X ) TRIAL SET FOR: SEPTEMBER 6, 2005 at 9:30 A.M.

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

Ms. Savo requested a continuance of the trial because she has two trials scheduled in August. She further stated that she will be off-island on August 29 and will return on September 2. Government had no objection. The Court informed Defendant that the earliest trial date available is September 6. Defendant had no objection. The Court stated that counsel needs additional time to prepare for trial and by extending and continuing the trial date to September 6, the ends of justice is served and outweigh the best interest of the pubic and the defendant in a speedy trial.

Case 1:05-cr-00036     Document 16     Filed 06/24/2005     Page 1 of 1