ORIGINAL

JOHN T. GORMAN
Federal Public Defender
District of Guam

KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
NORMAN HON SUEN CHAN



FILED
DISTRICT COURT OF GUAM
JUL 1 8 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 05-00036 · |
| Plaintiff, | ) STIPULATION TO MODIFY BOND; |
| vs. | ) EXHIBIT; [PROPOSED] ORDER |
| NORMAN HON SUEN CHAN, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through its attorney of record, Special Assistant United States Attorney, Karon Johnson, defendant, Norman Hon Suen Chan, by and through his attorney of record, Assistant Federal Public Defender, Kim Savo, and United States Probation Officer Judy Ocampo, that the conditions of bond shall be modified to return Mr. Chan's passport to him and that he be permitted to travel to Saipan from July 19, 2005 through and including July 29, 2005.

IT IS FURTHER STIPULATED that:

(1)  On May 19, 2005, Mr. Chan was released on bond to a third party custodian, Gui Jiang Zheng with conditions, among others, requiring him to surrender his passport to the Clerk of the Court, and precluding him from leaving the territory of the District of Guam.

(2)  Mr. Chan is in compliance with all of the terms and conditions of his release.

(3)  Trial in this matter is set for September 6, 2005.

(4)  Mr. Chan would like to travel to visit his wife and seven children in Saipan as follows:

leaving Guam on Tuesday, July 19, 2005 on Continental Flight No. 9600 at 10:20 a.m.

returning to Guam on Friday, July 29, 2005 on Continental Flight No. 9603 at 2:05 p.m.

(5)  Mr. Chan will report to the United States Probation Office in Saipan on July 19, 2005 upon his arrival in Saipan, and again on July 29, 2005 before departing for Guam.

(6)  The parties have conferred and the United States has no objection to the modification of Mr. Chan's conditions of release to permit him to travel as indicated above.

(7)  Defense counsel has consulted with United States Probation Officer, Judy Ocampo,

2

and Probation has no objection to the requested modification of release conditions.

DATED: Mongmong, Guam, July 12, 2005.

_____
KIM SAVO
Attorney for Defendant
NORMAN HON SUEN CHAN

DATED: Hagatna, Guam, 7/15/05 .

_____
KARON JOHNSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Hagatna, Guam, 7/18/05 .

_____
JUDY OCAMPO
UNITED STATES PROBATION

[PROPOSED] ORDER

It is hereby ordered that defendant Norman Chan's release conditions be modified to permit him to recover and possess his passport and to travel out of the territory of the District of Guam to Saipan in the District of the Commonwealth of the Northern Mariana Islands from the period of July 19, 2005 through and including July 29, 2005.

DATED: Hagatna, Guam, July 18, 2005

_____
for Hon. Joaquin V.E. Manibusan, Jr.
Magistrate Judge
District Court of Guam

RECEIVED
JUL 18 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

3

*Attn: Miss. Kim Savo*

# Continental Airlines

Issue Date: July 12, 2005

## eTicket Itinerary and Receipt

**Attention: YIC LEUNG**　　　　　　　　　　　　**eTicket Confirmation: UC53NB**

| Day | Date | Flight/Class | Depart | Time | Arrive | Time | Equip | Meal |
|---|---|---|---|---|---|---|---|---|
| Tue | 19JUL05 | CO 9600 N | GUAM IS SW PAC | 10:30AM | SAIPAN | 11:20AM | NONJET | |
| Fri | 29JUL05 | CO 9603 N | SAIPAN | 2:05PM | GUAM IS SW PAC | 2:55PM | NONJET | |

**Traveler (1)**　　　　**eTicket Number**　　**Frequent Flyer**　　　　　　　**Seat(s)** in flight order and subject to change
CHAN / NORMANMR　　　0052157408302　　　　　　　　　　　　　　　　　　　　---/---

**Fare:** 140.00　　**Combined Tax:** 27.36　　**Per Person Total:** 167.36　　**eTicket Total:** 167.36 USD
**Combined Tax / Fee Detail:** U.S. Immigration User Fee: 7.00, Guam Inspection Service Charges: 6.36, Security Service Fee: 5.00, Passenger Facility Charge: 9.00
**Method of Payment:** VISA XXXXXXXXXXXX2022
**Fare Rules:** Additional charges may apply for changes in addition to any fare rules listed. REFUNDABLE
**Additional Charges:** July 12, 2004, VISA XXXXXXXXXXXX2022 was charged $5.00 for the following: Ticket Service Fee - $5.00/5 per person/NON REF

### International eTicket Reminders

- **Check-In Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure
- Failure to meet the Boarding Requirements may result in cancellation of reservations, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation
- Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger
- For up to the minute flight information, sign-up for our Flight Status E-mail at continental.com or call 1-800-784-4444; in Spanish 1-800-579-3938
- If flight segments are not flown in order, your reservation may be cancelled
- There is no need to call to reconfirm this reservation. If your travel plans change, call 1-800-231-0856; outside the U.S., call the local Continental office
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above
- International taxes and fees may be collected at your departure airport

### Check the Weather Before You Fly
Be prepared for your trip. Check continental.com > Travel Center > Destination Guide > Weather for the Weather Channel forecast for your destination.

### IMPORTANT CONSUMER NOTICES

- Your travel is subject to Continental's Contract of Carriage terms. The Contract is available at any CO ticketing facility, continental.com or by calling 1-800-525-0280. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities.
- On domestic flights, Continental's maximum liability limit for checked baggage is $2800 USD per passenger and Continental excludes liability for all unchecked baggage. On international flights governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability for checked baggage is approximately $640 USD per bag, and $400 USD per passenger for unchecked baggage. On international flights governed by the Montreal Convention (including domestic portions of the trip) maximum liability for baggage is 1,000 SDRs (approximately $1480 USD) per passenger for checked and unchecked baggage. You can declare excess valuation on certain baggage at the airport, additional fees will apply. Continental excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera equipment and similar valuables. If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement.
- For international flights, a treaty known as the Warsaw or the Montreal Convention may apply to the entire journey. When applicable, it governs, amongst other things, the liability of the carrier for baggage and death of or injury to passengers.
- Your ticket jacket and the Contract of Carriage contain further detail of these terms.
- Personal Health - For important health tips before your flight, including information on a serious condition called Deep Vein Thrombosis, please visit Continental.com or call 1800WECARE2. This information is also in the Continental magazine on board your flight.

### Thank you for choosing Continental Airlines
continental.com