NChan.ORD

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00036 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER TO SEAL PARTIES'** |
| vs. | ) | **STIPULATED MOTION AND** |
| | ) | **TO SEAL CASE** |
| NORMAN HON SUEN CHAN, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the parties' stipulated motion to seal this matter shall be lodged under seal, and that this case will be sealed pending further proceedings.

8/22/2005
DATED

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge

-1-