JOHN T. GORMAN
Federal Public Defender
KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
NORMAN HON SUEN CHAN

**FILED**
DISTRICT COURT OF GUAM

AUG 2 4 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00036 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| NORMAN HON SUEN CHAN, | ) |
| Defendant. | ) |

The motion filed by defense counsel on August 24, 2005 requesting to be relieved from further representation of the Defendant based on a conflict of interest is hereby granted. Attorney G. Patrick Civille is hereby appointed to represent the Defendant. Furthermore, the change of plea hearing scheduled for August 24, 2005, is hereby vacated.

DATED: Hagatna, Guam, 8/24/2005.

HON. JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District Court of Guam

