**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Norman Hon Suen Chan*



**FILED**
DISTRICT COURT OF GUAM

AUG 31 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00036 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| NORMAN HON SUEN CHAN, | ) | |
| Defendant. | ) | |

I, G. PATRICK CIVILLE, hereby certify that on the August 31, 2005, I caused a copy of the Motion for Continuance, Declaration of G. Patrick Civille and Order Continuing Trial Date (Proposed) to be served by facsimile and U.S. Postal Service on the Office of the United States Attorney, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910 (Facsimile No. 472-7334).

DATED at Hagåtña, Guam, this 31st day of August, 2005.

CIVILLE & TANG, PLLC

By: *[signature]*
**G. PATRICK CIVILLE**
*Attorneys for Defendant*
*Norman Hon Suen Chan*