```
 1
 2
 3
 4
 5
```



**FILED**
DISTRICT COURT OF GUAM

OCT 24 2005

MARY L.M. MORAN
CLERK OF COURT

```
 6        IN THE UNITED STATES DISTRICT COURT
 7             FOR THE TERRITORY OF GUAM
 8
 9  UNITED STATES OF AMERICA,        )  CRIMINAL CASE NO. 05-00036
                                     )
10              Plaintiff.           )
                                     )  CONSENT TO RULE 11 PLEA
11       vs.                         )  IN A FELONY CASE BEFORE
                                     )  UNITED STATES MAGISTRATE JUDGE
12  NORMAN HON SUEN CHAN,            )
                                     )
13              Defendant.           )
                                     )
14
```

15    I have been advised by my attorney and by the United States Magistrate Judge of my
16 right to enter my plea in this case before a United States District Judge. I hereby declare my
17 intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate
18 Judge conducting the proceedings required by Rule 11, Federal Rules of Criminal Procedure,
19 incident to the making of such plea. I understand that if the United States Magistrate Judge
20 recommends that the plea of guilty be accepted, a presentence investigation and report will be
21 ordered pursuant to Rule 32, Federal Rules of Criminal Procedure. I further understand that the
22 assigned United States District Judge will then act on the Magistrate Judge's Report and
23 Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a
24 ///
25 ///
26 ///
27 ///
28 ///



ORIGINAL

sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED this _24th_ day of October 2005.

_____
NORMAN HON SUEN CHAN
Defendant

_____
G. PATRICK CIVILLE
Attorney for Defendant

APPROVED:

_____
KARON V. JOHNSON
Assistant U.S. Attorney