DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL



DISTRICT COURT OF GUAM

OCT 24 2005

MARY L.M. MORAN
CLERK OF COURT

CASE NO. 05-00036                    DATE: October 24, 2005

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding | Law Clerk: JUDITH HATTORI
Court Reporter: Wanda M. Miles | Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 3:06:39 - 3:28:38 | CSO: J. Lizama / N. Edrosa

* * * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: NORMAN HON SUEN CHAN**                    **ATTY : G. PATRICK CIVILLE**
( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.      ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY:  KARON JOHNSON              AGENT: MIKE HERNANDEZ, B.I.C.E.

U.S. PROBATION:  CARMEN O'MALLAN            U.S. MARSHAL: W. GRAY

INTERPRETER:   Foo Mee Chun Clinard          LANGUAGE:    Chinese

***

**PROCEEDINGS:          CHANGE OF PLEA (SEALED)**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED:     AGE:  62     SCHOOL COMPLETED: 3 months of college
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) SUPERSEDING INDICTMENT
( X ) PLEA ENTERED:  ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: COUNT II OF THE SUPERSEDING INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: 10/21/2005      PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) STATUS HEARING:  JANUARY 23, 2006 at 9:45 a.m.

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

Defendant consented to enter his plea of Guilty before a U.S. Magistrate Judge. The Court executed the Report and Recommendations.

Defense requested that the travel restriction on the defendant's release condition be lifted to allow travel to Saipan and that his passport be returned to him after the hearing. Government had no objections. The Probation Officer asked if the travel restriction is strictly for Saipan. The Court Granted the lifting of the travel restriction for Saipan only and ordered that the defendant's passport be returned to him. No further written order will be forthcoming.

Courtroom Deputy: _____