```
FILED
DISTRICT COURT OF GUAM
NOV 16 2005
MARY L.M. MORAN
CLERK OF COURT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff. ) <br> ) <br> vs. ) <br> ) <br> NORMAN HON SUEN CHAN, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. 05-00036 <br><br> **ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF STATUS HEARING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count II of a Superseding Indictment charging him with Alien Smuggling, in violation of 8 U.S.C. §1324(a)(2)(B)(ii), is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for status hearing on January 23, 2006 at 9:45 a.m.

IT IS SO ORDERED.

DATED this 14 day of November 2005.

ROBERT CLIVE JONES[1]
District Judge

---

[1] The Honorable Robert Clive Jones, United States District Judge for the District of Nevada, sitting by designation.