# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>  Plaintiff,<br><br>  vs.<br><br>Norman Hon Suen Chan,<br><br>  Defendant. | Case No. 1:05-cr-00036 *SEALED*<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Accepting Plea of Guilty and Adjudicating Guilt, and Notice of Sentencing filed November 16, 2005*, on the dates indicated below:

*U.S. Attorney's Office*          *G. Patrick Civille*
*November 17, 2005*               *November 17, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Order Accepting Plea of Guilty and Adjudicating Guilt, and Notice of Sentencing filed November 16, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 17, 2005                    /s/ Marilyn B. Alcon
                                            Deputy Clerk