LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JAN 23 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00036 |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | re 1st Stipulation to Continue Status Hearing |
| NORMAN HON SUEN CHAN, ) | |
| Defendant. ) | |

**IT IS SO ORDERED** that the Status Hearing currently scheduled for January 23, 2006, is hereby rescheduled to April 26, 2006, at 2:30 p.m.

January 23, 2006
DATE

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

**ORIGINAL**

Case 1:05-cr-00036  Document 35  Filed 01/23/2006  Page 1 of 1