**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Norman Hon Suen Chan*



**FILED**
DISTRICT COURT OF GUAM
JAN 3 1 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00036 |
| Plaintiff, ) | |
| vs. ) | **STIPULATED MOTION TO AMEND** |
| ) | **CONDITIONS OF RELEASE** |
| NORMAN HON SUEN CHAN, ) | |
| Defendant. ) | |

The parties hereby stipulate and move that the conditions of Defendant's release be amended as follows: (1) Defendant shall be permitted to reside at Apt. 3F Kings Plaza, Dan Dan, Northern Mariana Islands; (2) Defendant shall be permitted to go near and enter ports of entry in the N.M.I.; and (3) Defendant shall be permitted to maintain possession of his passport.

**LEONARDO M. RAPADAS**
**United States Attorney**
**Districts of Guam and NMI**

By: /s/ KARON V. JOHNSON
KARON V. JOHNSON
Assistant U.S. Attorney
*Attorneys for Plaintiff*

Date: January __, 2006

**CIVILLE & TANG, PLLC**

By: /s/ G. PATRICK CIVILLE
G. PATRICK CIVILLE
*Attorneys for Defendant*

Date: January 26, 2006

**ORIGINAL**