CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Norman Hon Suen Chan*

FILED
DISTRICT COURT OF GUAM
FEB -2 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00036 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER AMENDING CONDITIONS |
| ) | OF RELEASE |
| NORMAN HON SUEN CHAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS SO ORDERED that the conditions of Defendant's release are amended as follows:

(1) Defendant shall be permitted to reside at Apt. 3F Kings Plaza, Dan Dan, Northern Mariana Islands; (2) Defendant shall be permitted to go near and enter ports of entry in the N.M.I.; and (3) Defendant shall be permitted to maintain possession of his passport.

Dated: February 2, 2006

JOAQUIN V.E. MANIBUSAN, JR.
**Magistrate Judge**

ORIGINAL