ORIGINAL

normanchanstp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

FILED
DISTRICT COURT OF GUAM
APR 20 2006
MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00036 |
| Plaintiff, | **STIPULATED MOTION TO CONTINUE STATUS HEARING** |
| vs. | |
| NORMAN HON SUEN CHAN, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, G. Patrick Civille, hereby motion this Honorable Court to continue the Status Hearing currently scheduled for April 26, 2006, and that it be continued for three (3) months, at a date and time to be selected by the court at it's convenience.

4/20/06
DATE

_G. PATRICK CIVILLE_
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

4/20/06
DATE

By: _KARON V. JOHNSON_
Assistant U.S. Attorney