normanchanstp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00036 |
| Plaintiff, | |
| vs. | ORDER re<br>Second Stipulated Motion to<br>Continue Status Hearing |
| NORMAN HON SUEN CHAN, | |
| Defendant. | |

**IT IS SO ORDERED** that the Status Hearing currently scheduled for April 26, 2006, is hereby rescheduled to July 25, 2006, at 2:30 p.m.

April 25, 2006
DATE

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge