ORIGINAL

normanchanstp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN 29 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00036 |
| Plaintiff, | |
| vs. | **STIPULATED MOTION TO CONTINUE STATUS HEARING** |
| NORMAN CHAN, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, G Patrick Civille, hereby motion this Honorable Court to continue the Status Hearing currently scheduled for July 25, 2006, and that it be continued for two (2) months, at a date and time to be selected by the court at it's convenience.

6/2?/06
DATE

_____
G. PATRICK CIVILLE
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

6/2?/06
DATE

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney