LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL -3 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | CRIMINAL CASE NO. 05-00036 |
| Plaintiff,  )  | |
| )  | **ORDER TO CONTINUE** |
| vs.  )  | **STATUS HEARING** |
| )  | |
| NORMAN CHAN,  )  | |
| Defendant.  )  | |

Based on the parties' third stipulated request to continue the Status Hearing,

**IT IS SO ORDERED** that the Status Hearing currently scheduled for July 25, 2006, is hereby rescheduled to September 26, 2006, at 2:30 p.m.

July 3, 2006
DATE

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge