1  normanchan6stp

ORIGINAL

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Telephone: (671) 472-7332
6  Telecopier: (671) 472-7334

7  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG 3 0 2006 ʰᵇᵒ

**MARY L.M. MORAN**
**CLERK OF COURT**

8

9

10

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

11  UNITED STATES OF AMERICA,         )   CRIMINAL CASE NO. 05-00036
                                      )
12              Plaintiff,            )   **STIPULATED MOTION TO**
                                      )   **VACATE STATUS HEARING**
13         vs.                        )   **UNSEAL CASE AND SET**
                                      )   **SENTENCING DATE**
14  NORMAN CHAN,                      )
                                      )
15              Defendant.            )
    _____   )

16

17        The parties in the above-entitled matter, the United States of America, and the defendant

18  through his counsel, G. Patrick Civille, hereby motion this Honorable Court to vacate the Status

19  Hearing, unseal the record and set a sentencing date.

20

21  DATED: 8/29/06

22                                        G. PATRICK CIVILLE
                                          Attorney for Defendant

23                                        LEONARDO M. RAPADAS
                                          United States Attorney
24                                        Districts of Guam and NMI

25  DATED: 8/29/06          By:

26                                        KARON V. JOHNSON
                                          Assistant U.S. Attorney

27

28