
IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00036 |
| Plaintiff, | ) | |
| | ) | **REQUEST TO CONTINUE** |
| vs. | ) | **SENTENCING HEARING** |
| NORMAN CHAN, | ) | |
| Defendant. | ) | |

COMES NOW, the United States Probation Office and respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for December 13, 2006 at 10:30 a.m. The United States Probation Office did not meet the court's order for the submission of the presentence report, addendum, and sentence recommendation because of a calender oversight.

FRANK MICHAEL CRUZ
Chief United States Probation Officer
Districts of Guam and NMI

DATE: Dec. 8, 2006

By: _____
CHRISTOPHER J. DUENAS
United States Probation Officer

ORIGINAL