

FILED
DISTRICT COURT OF GUAM
DEC - 8 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00036 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO CONTINUE** |
| vs. | ) | **SENTENCING HEARING** |
| | ) | |
| NORMAN CHAN, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the United States Probation Officer's request to continue Sentencing Hearing, **IT IS SO ORDERED** that the Sentencing Hearing currently scheduled for December 13, 2006 is hereby rescheduled to March 27, 2007 at 10:30 a.m. The presentence report shall be provided to the parties no later than February 6, 2007. The parties shall file their responses to the presentence report no later than February 20, 2007. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than March 13, 2007.

SO ORDERED this ____ day of December, 2006.

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam

**ORIGINAL**