**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Norman Hon Suen Chan*



**FILED**
DISTRICT COURT OF GUAM
MAR 23 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00036 |
| Plaintiff, | ) | |
| vs. | ) | **DEFENDANT'S MOTION** |
| NORMAN HON SUEN CHAN, | ) | **TO CONTINUE SENTENCING** |
| Defendant. | ) | |

Defendant hereby requests that the sentencing in this matter, which is scheduled for March 27, 2007 be continued for a period of 120 days. The basis for this motion is the Addendum to this Motion, which is filed under seal.

DATED at Hagåtña, Guam, this 23rd day of March, 2007.

**CIVILLE & TANG, PLLC**

By: _____
**G. PATRICK CIVILLE**
*Attorneys for Defendant*
*Norman Hon Suen Chan*