**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Norman Hon Suen Chan*



**FILED**
DISTRICT COURT OF GUAM

MAR 23 2007

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00036 |
| Plaintiff, | ) | |
| vs. | ) | **AGREEMENT RE: HEARING DATE** |
| NORMAN HON SUEN CHAN, | ) | |
| Defendant. | ) | |

Pursuant to Local Rule 7.1, the below signed counsel represents as follows:

1. I, G. Patrick Civille, am the attorney for Defendants NORMAN HON SUEN CHAN.

2. On March 23, 2007 case agent Michael Hernandez, U.S. Immigration and Custom Enforcement, and I spoke by telephone with Karon Johnson, Assistant Untied States Attorney, who is the prosecuting attorney in this matter. The purpose of the call was to request that Ms. Johnson join in a request for a 120 day continuance of Mr. Chan's sentencing.

3. Ms. Johnson said she would not stipulate, that she opposed an extension and that if we wanted an extension we should file a motion. Ms. Johnson said that she would agree to having such a motion heard before the sentencing.

4. I have also contacted the Deputy Clerk of Court to ascertain a date which would be available on the Court's calendar. I was advised that the Court may have time on March 26, or on March 27 before the sentencing to hear this motion.

5. Ms. Johnson has agreed to having the motion heard, and Agent Hernandez is available on those dates.

DATED this 23rd day of March, 2007.

CIVILLE & TANG, PLLC

By: /s/ G. Patrick Civille
G. PATRICK CIVILLE
Attorneys for Defendant
*Norman Hon Suen Chan*