**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Norman Hon Suen Chan*



## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00036 |
| Plaintiff, | |
| vs. | |
| NORMAN HON SUEN CHAN, | **DEFENDANT'S MOTION TO SEAL JUSTIFICATION TO CONTINUE SENTENCING** |
| Defendant. | |

Defendant hereby requests that the Justification to Continue Sentencing be filed under seal and remain sealed until the conclusion of the case..

DATED at Hagåtña, Guam, this 23rd day of March, 2007.

CIVILLE & TANG, PLLC

By: _____
**G. PATRICK CIVILLE**
*Attorneys for Defendant*
*Norman Hon Suen Chan*