CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Norman Hon Suen Chan*

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00036 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| NORMAN HON SUEN CHAN, | ) | |
| Defendant. | ) | |

I, G. PATRICK CIVILLE, hereby certify that on the March 23, 2007, I caused a copy of Defendant's Motion to Continue Sentencing and Agreement Re: Hearing Date to be served by hand delivery on Karon Johnson, Esq., Office of the United States Attorney, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

DATED at Hagåtña, Guam, this 23rd day of March, 2007.

**CIVILLE & TANG, PLLC**

By: _____
**G. PATRICK CIVILLE**
*Attorneys for Defendant*
*Norman Hon Suen Chan*

**ORIGINAL**