**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Norman Hon Suen Chan*

### IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00036 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| NORMAN HON SUEN CHAN, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the Justification to Continue Sentencing be filed under seal and remain sealed until the conclusion of the case.

IT IS SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Mar 23, 2007**