**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Norman Hon Suen Chan*


## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00036 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER SETTING HEARING** |
| vs. | ) | |
| | ) | |
| NORMAN HON SUEN CHAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS SO ORDERED** that the Sentencing hearing currently scheduled for March 27, 2007, is to remain on calendar. The parties should come prepared to proceed with sentencing at that time or provide the court with a very detailed status report as to why this matter should be continued. Any agent needed to testify regarding these matters should also be available either in person or by video.



**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Mar 23, 2007**