

```
 1  LEONARDO M. RAPADAS
    United States Attorney
 2  KARON V. JOHNSON
    Assistant U.S. Attorney
 3  Suite 500, Sirena Plaza
    108 Hernan Cortez Street
 4  Hagåtña, Guam 96910
    Telephone: (671) 472-7332/7283
 5  Telecopier: (671) 472-7334

 6  Attorneys for United States of America
```

**FILED**
DISTRICT COURT OF GUAM

OCT - 9 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00036 |
|---|---|
| Plaintiff, | ) **MOTION TO FILE JUSTIFICATION** |
| vs. | ) **UNDER SEAL** |
| NORMAN CHAN, | ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an Order allowing it to file under seal its justification of the parties' stipulated motion to continue the sentencing hearing. The government makes this motion for the reasons set forth in detail in the memorandum.

RESPECTFULLY SUBMITTED this 9th day of October 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ KARON V. JOHNSON
KARON V. JOHNSON
Assistant U.S. Attorney