LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00036 |
| Plaintiff, | **ORDER**<br>**Re: Stipulated Motion To** |
| vs. | **Continue Sentencing** |
| NORMAN HON SUEN CHAN, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Sentencing date currently scheduled for October 9, 2007 at 10:00 a.m., is hereby rescheduled to the 13th day of November, 2007 at the hour of 9:00 a.m.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
Chief Judge
**Dated: Oct 09, 2007**