LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00036 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | |
| | ) | |
| NORMAN CHAN, | ) | [LODGED UNDER SEAL] |
| | ) | |
| Defendant. | ) | |

**IT IS SO ORDERED** that the justification for continuing the sentencing hearing be lodged under seal and remain sealed until the conclusion of the case.



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Oct 09, 2007**