# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## SENTENCING

CASE NO.: CR-05-00036                    DATE: November 13, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber                    Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore    Electronically Recorded: 9:32:18 - 9:33:58
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Norman Hon Suen Chan          Attorney: G. Patrick Civille
☑ Present ☐ Custody ☐ Bond ☑ P.R.       ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson             U.S. Agent: Mike Hernandez, Customs & Immigration Enforcement
U.S. Probation: Maria Cruz               U.S. Marshal: V. Roman
Interpreter:                             Language:

**PROCEEDINGS: Continued Sentencing**
- Proceedings continued to March 17, 2008 at 9:00 A.M.

NOTES:  Defendant released as previously oardered.