# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

USA,

      Plaintiff,

          v.

Norman Hon Suen Chan,

      Defendant.

# NOTICE

CASE NUMBER: 1:05-cr-00036

[ ] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|-------|----------|
|       | DATE AND TIME |

TYPE OF PROCEEDING

## SENTENCING

[ X ] **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910<br>HON. FRANCES TYDINGCO-GATEWOOD | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>March 17, 2008 at 9:00 A.M. | CONTINUED TO DATE AND TIME<br><br>March 31, 2008 at 1:30 P.M. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

MARCH 12, 2008

DATE

VIRGINIA T. KILGORE

/s/ (BY) DEPUTY CLERK

TO: Karon Johnson

     G. Patrick Civille