AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

USA,

    Plaintiff,

V.

Norman Hon Suen Chan,

    Defendant.

**NOTICE**

CASE NUMBER: 1:05-cr-00036

[ ] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

## SENTENCING *

[ X ] **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910<br>HON. FRANCES TYDINGCO-GATEWOOD | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>March 31, 2008 at 1:30 P.M. | CONTINUED TO DATE AND TIME<br><br>April 7, 2008 at 1:30 P.M. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

MARCH 31, 2008                          /s/ Carmen B. Santos

DATE                                      (BY) DEPUTY CLERK

TO:  Karon Johnson

      G. Patrick Civille

*Sentencing continued due to unavailability of interpreter (off island).