# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-05-00036-001      DATE: April 07, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber      Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos      Electronically Recorded: 1:50:30 - 1:57:23
               Virginia T. Kilgore                (Side Bar 1:52:21 - 1:55:21)

**APPEARANCES:**
Defendant: Norman Hon Suen Chan      Attorney: G. Patrick Civille
☑ Present ☐ Custody ☐ Bond ☑ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson      U.S. Agent: M. Fernandez
U.S. Probation: Maria Cruz
Interpreter:      Language:

**PROCEEDINGS: Sentencing**
- Sentencing continued to 4/25/2008 at 9:30 AM.

NOTES: