**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING**

CASE NO.: CR-05-00036-001　　　　　　　　　　　　DATE: April 25, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　　Electronically Recorded: 2:22:10 - 2:23:55

**APPEARANCES:**
Defendant: Norman Hon Suen Chan　　　Attorney: G. Patrick Civille
☑ Present ☐ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson　　　　　U.S. Agent: Mike Hernandez
U.S. Probation: Maria Cruz
Interpreter: Julia Berg　　　　　　　　Language: Mandarin

**PROCEEDINGS: Sentencing**
- Sentencing continued for court purposes. Parties to advise court of date for continued sentencing.
- Defendant shall abide by conditions of release previously imposed.

NOTES: